Form order – ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

            Case No.:  19−28916−JNP
            Chapter:  13
            Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anthony Velez
   2560 Allegheny Ave.
   Vineland, NJ 08360

Social Security No.:
   xxx−xx−6580

Employer's Tax I.D. No.:

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

     Please be advised that on November 19, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 24 − 21
Order Granting Notice of Request for Loss Mitigation(Related Doc # 21). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 11/19/2019. (kvr)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: November 19, 2019
JAN: kvr

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Anthony Velez  
      Debtor

Case No. 19-28916-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1   User: admin   Page 1 of 1   Date Rcvd: Nov 19, 2019  
                        Form ID: orderntc   Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2019.
db          +Anthony Velez,    2560 Allegheny Ave.,    Vineland, NJ 08360-7204
lm          +Ditech Financial LLC,    Loss Mitigation MS T-214,    2100 E. Elliot Road,    Bldg 94,
              Tempe, AZ 85284-1806

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2019 at the address(es) listed below:
        Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
        Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
        Seymour   Wasserstrum    on behalf of Debtor Anthony   Velez mylawyer7@aol.com,    ecf@seymourlaw.net
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                   TOTAL: 4